G-4-TIER VICTIM MICHAEL T. HAYES WAS IN FACT BEING HARASSED BY INMATE KENNEY WORTH #93284. WHO WAS TRYING TO CREATE A hostile ENVIRONMENT BY VERBALLY CALLING VICTIM HAYES A cho-mo ON G-4 TIER. VICTIM HAYES SENT OUT TWO CONCERN FORMS TO UNITE STAFF ON G-BLOCK ABOUT THE DISRESPECT, NAME CALLING AND INMATE MISS BEHAVOR AND ALSO ABOUT THE 4 ENEMYS VICTIM HAYES HAD ON G-4-TIER ON A WALK AT THAT TIME.

(24). ONE CONCERN FORM TO CASE MANAGER PATRICT JONES which WAS ANSWERED BY JONES ON 11/21/2017. ALSO ONE CONCERN FORM ON 11/18/2017 TO ISCC SERGEANT TYLER NICODEMUS

FELONY CRIMINAL COMPLAINT - 21 -

ABOUT ENEMY KENNEY WORTH #93284. YES THE
SERGEANT TYLER NICODEMUS WAS TOLD ABOUT THE
NAME CALLING BY INMATE KENNY WORTH #93284 who
WAS TRYING TO CREATE A hostile ENVIRONMENT BY
VERBALLY CALLING VICTIM HAYES A cho-MO ON G-4
TIER. HOWEVER THE DEFENDANT TYLER NICODEMUS
DID NOT RESPOND TO THE CONCERN FORM AND NEVER
ANSWERED IT. THE CONCERN FORM CLEARLY STATED
[THAT ON 11/17/2017 AT 8:10 TO 8:20 P.M. INMATE KENNEY
WORTH #93284 IN G-4-5 CELL CALLED ME A cho-MO
AND DISRESPECTED ME.].

(25). THE CONCERN FORM ALSO STATED I TOLD TWO
CORRECTIONS OFFICERS (C/O) ON THE TIER ABOUT

FELONY CRIMINAL COMPLAINT -22-

THE INCIDENT BUT THEY REFUSED TO DO ANYTHING ABOUT THE INMATE MISS BEHAVOR ON THE TIER AT THAT TIME I WANT A D.O.R. WRITTEN UPON INMATE WORTH.

(26). THE TWO C/O I TOLD ABOUT THE NAME CALLING WERE C/O WALTON #B372 AND C/O MCMAHON #C157. THE TWO PRISON OFFICIALS VICTIM HAYES TOLD ABOUT THE MAJOR INCIDENT ON G-4 TIER ALSO REFUSED TO DO ANYTHING ABOUT THE INMATE MISS BEHAVOR AND DISRESPECT OF (IDOC) VICTIM MICHAEL T. HAYES BY INMATE KENNEY WORTH #93284 ON 11/17/2017 ON G-4-TIER AT THE (ISCC).

(27). ALSO ON 11/17/2017 INMATE RYDON C. TETON #106989 WAS IN MY CELL ON G-4-TIER IN CELL-9-

FELONY CRIMINAL COMPLAINT -23-

THE INMATE KENNEY WORTH #93284 OFFERED THE INMATE RYDON C. TETON #106989 MONEY AND COMMISSARY ITEMS TO BEAT UP THE 62 YEAR OLD CRIPPLE MICHAEL T. HAYES. BUT INMATE RYDON C. TETON #106989 WAS TOPPING OUT AND GETTING OUT OF PRISON IN 41 DAYS AS OF 11/18/2017. THE PRISONER TETON DID NOT WANT ANY TROUBLE SO HE LEAFT VICTIM HAYES ALONE.

(28). TETON #106989 WROTE UNITE STAFF A CONCERN FORM ON 11/18/2017 FROM (ISCC) G-4-TIER FROM CELL 9 AN STATED:

> I'M A VICTIM OF CHILD MOLESTATION AND NOW STAFF HAS ME HOUSED WITH A MAN WHO IS CHARGED WITH A SEX OFFENSE THIS IS CREATING A LOT OF PROBLEMS FOR ME I NEED TO BE MOVED TODAY ASAP.

FELONY CRIMINAL COMPLAINT - 24 -

Also Victim Michael T. Hayes Told G-4-Tier Corporal Benjamin Frahs that his enemy Kenneth Worth #93284 was Trying to put a contract on Victim Hayes and was offering inmate Rydon C. Teton #106989 money and commissary to do the hit on Victim Hayes.

(29). Both prisoners Michael T. Hayes #20633 and Rydon C. Teton #106989 told prison officials about the hit on Victim Hayes. But no prison officials would do anything about the major incident on G-Tier on 11/18/2017 or on 11/19/2017.

(30). Now on 3/27/2018 prison officials

FELONY CRIMINAL COMPLAINT -25-

HAVE TRIED TO FORCE VICTIM HAYES INTO A NEW

DANGEROUS AND EXPLOSIVE SITUATION where (IDOC)

VICTIM Michael T. HAYES would AGAIN BE IN A CELL

with A KNOWN ENEMY IN A TOTALLY ANTAGONISTIC

ENVIRONMENT THAT would BE TOTALLY DANGEROUS TO

THE SAFTEY AND HEALTH OF (IDOC) VICTIM Michael

T. HAYES, THE 62 YEAR OID CRIPPIE who is hANDI-

CAPPED AND DISABLED.

(31). THE (IDOC) PRISON OFFICIALS DELIBERATELY

AND INTENTIONALLY HEID THEIR VICTIM Michael T.

HAYES IN A PRISON CELL IN A ANTAGONISTIC ENVIRONMENT

FROM 12/24/2016 TO 1/25/2017 UNTILL THE 61 YEAR

OID CRIPPIE Michael T. HAYES WAS ATTACKED AND BEATEN

FELONY CRIMINAL COMPLAINT -26-

ON 1/25/2017 BY INMATE MATTHEW LEE ALEXANDER #103811 who BEAT AND BATTERED The 61 YEAR OlD CRIPPIE AND LEAFT VICTIM HAYES with A FlOATER IN HIS RIGHT EYE ThAT IS CAUSEING PERMANENT PARTIAL BliNDNESS IN VICTIM HAYES'S RIGHT EYE.

(32). YES The INMATE MATTHEW LEE AlEXANDER #103811 CAUSED GREAT BodilY HARM AND PERMANENT DISFIGUREMENT TO The 61 YEAR OlD CRIPPIE MichAEl T. HAYES #20633 ON 1/25/2017. IN DIRECT ViolATION OF IDAHO STATE STATUTORY LAW CODE 18-907-1-A A VERY SERIOUS FElONY CRIME AGAINST (IDOC) VICTIM MichAEl T. HAYES.

(33). NOW The (IDOC) PRISON OFFiCiAlS ARE

FElONY CRIMINAl COMPlAINT -27-

still REFUSING TO CONTACT THE ADA COUNTY SHERIFFS OFFICE AND REPORT THE 1/25/2017 FELONY ASSAULT AND BATTERY UPON (IDOC) VICTIM MICHAEL T. HAYES THAT LEAFT VICTIM HAYES PERMANENTLY PARTIALLY BLIND IN HIS RIGHT EYE. NO (IDOC) PRISON OFFICIALS will REPORT THE FELONY CRIME TO OUTSIDE LEGAL OFFICIALS AS THE (IDOC), IS TRYING TO COVER UP THEIR OWN FELONY CRIMES AGAINST VICTIM MICHAEL T. HAYES.

(34). AS OF 5/16/2018 NO OUTSIDE LEGAL AUTHORITYS HAVE CONTACTED (IDOC) VICTIM MICHAEL T. HAYES OVER THE FELONY ASSAULT ON VICTIM HAYES ON 1/25/2017. PRISON OFFICIALS ARE

FELONY CRIMINAL COMPLAINT −28−

STILL REFUSING TO CALL ADA COUNTY SHERIFFS OFFICE FOR VICTIM HAYES AND REPORT THE FELONY ASSAULT AND BATTERY UPON VICTIM HAYES. YES (IDOC) IS IN FACT TRYING TO COVER UP THEIR ILLEGAL ACTS AGAINST THEIR VICTIM MICHAEL T. HAYES.

(35). THE MEDICAL RECORDS IN THIS CASE FULLY CORROBORATES THE SERIOUS INJURIES THAT WERE INFLICT ON VICTIM MICHAEL T. HAYES ON 1/25/2017.

(36). THE (IDOC) CAN NOT SHOW THAT HOLDING INMATE PRISONERS IN A DANGEROUS AND ANTAGONISTIC ENVIORNMENT IS IN ANY WAY RELATED TO A REAL UNDER TAKING TO ADVANCE ANY LEGITIMATE PENOLOGICAL PURPOSE OR GOAL.

FELONY CRIMINAL COMPLAINT -29-

(37). ALSO the ACT OF DELIBERATELY AND MALICIOUSLY HOLDING PRISONERS IN A DANGEROUS ANTAGONISTIC ENVIRONMENT with THE POTENTIAL FOR SERIOUS PHYSICAL HARM OF ONE SELF IS IN FACT TOURTURE AND IS IN OF ITSELF DELIBERATE INDIFFERENCE TO THE SAFTEY AND PROTECTION OF INMATE PRISONERS.

(38). THE 11/15/2017 THROUGH 11/19/2017 MAJOR INCIDENTS ON G-4-TIER COUPLED WITH THE 3/27/2018 MAJOR INCIDENT ON G-4-TIER SHOWS THAT THE (IDOC) IS IN FACT DELIBERATELY INDIFFERENT TO THE SAFTEY OF PRISONERS IN THE PROTECTIVE CUSTODY HOUSING UNITES. ALSO THE

FELONY CRIMINAL COMPLAINT -30-

(IDOC) is in fact DELiBERATELY INDIFFERENT TO THE SAFTEY OF VICTIM MichAEl T. HAYES AS THE CASE RECORDS AND EVIDENCE CLEARLY Shows.

(39). ON 3/27/2018 C/O BROWN #C865 1ET INMATE Jacob LARGENT RollUP VICTIM HAYES'S PERSONAL PROPERTY AND COMMISSARY. INMATE Jacob LARGENT STOLE THE Following ITEMS (1). 1-COFFEE MUG #3.18 (2). 1-BAG chocolATE FROSTED FLAKES #4.24. (3). 1-MirrOR #2.12. (4). 1-BOTTLE OF AJAX DiSh SOAP. #1.44. (5). 1-BOTTLE STRAWberRIES AND CREAM CONDITIONER #2.70  (6). 1-BOTTLE STRAWBERRIES AND CREAM ShAMPOO #2.70 (7). 2-BAGS OF wholE ShABANG EXTREME #5.10. Plus #4.00 PROCESS FEE. FOR A

FELONY CRIMINAL COMPLAINT - 31

TOTAL OF $25.48. YES IDOC PRISON OFFICIALS LET INMATE Jacob LARGENT STEAL $25.48 worth OF VICTIM HAYES'S PERSONAL PROPERTY AND COMMISSARY ON 3/27/2018.

(40). IDOC PRISON OFFICIAL C/O BROWN, C #865 ALLOWED INMATE JACOB LARGENT TO STEAL AND KEEP VICTIM M.T. HAYES'S PERSONAL PROPERTY AND COMMISSARY ON 3/27/2018 EVEN THOE VICTIM HAYES HAD THE COMMISSARY AND PROPERTY RECEIPTS FOR THE STOLEN PROPERTY AND COMMISSARY ITEMS AND INMATE JACOB LARGENT DID NOT HAVE ANY PROPERTY AND COMMISSARY RECEIPTS FOR THE PROPERTY AND THE COMMISSARY THAT HE HAD IN HIS POSSESSION.

FELONY CRIMINAL COMPLAINT —32—

(41). YES VICTIM M.T. HAYES HAD PROOF OF PURCHASE FOR his STOlEN COMMISSARY AND PROPERTY ITEMS. INMATE JACOb LARGENT DID NOT HAVE ANY PROOF OF PURCHASE FOR THE STOlEN PROPERTY AND THE COMMISSARY ITEMS HE HAD iN his POSSESSION AT All.

(42). YES THE (IDOC) HAS A LONGSTANDING PERVASIVE AND well DOCUMENTED HISTORY OF TAKING A INMATE PRISONER TO THE HOlE AND Allowing THE INMATE THAT IS LEAFT ON THE TIER AT THE CEll SUFFICENT TIME TO GO THROUGH THE PROPERTY AND COMMISSARY OF THE VICTIM who wENT TO THE HOlE AND STEAl whAT EVER HE wANTS.

(43). YES EVEN when PRISON STAFF KNOW FOR A FACT

FElONY CRIMINAl COMPlAINT -33-

THAT INMATES LIKE JACOB LARGENT DID NOT HAVE
ANY PROOF OF PURCHASE FOR THE COMMISSARY AND
PROPERTY THAT THEY STOLE _FROM_ THEIR VICTIMS
AND ALSO DID NOT HAVE ANY COMMISSARY OR
PROPERTY RECEIPTS FOR THE COMMISSARY _AND_ THE
PROPERTY IN THEIR POSSESSION. IDOC PRISON OFFICIALS
ALLOW INMATES LIKE JACOB LARGEANT TO KEEP
THE STOLEN PROPERTY AND COMMISSARY EVEN THOE THE
INMATE JACOB LARGEANT DOESN'T HAVE ANY PROPERTY
OR COMMISSARY RECEIPTS OR PROOF OF PURCHASE.

(G4). THE EVIDENCE OF THE (I DOC) LONGSTANDING
PERVASIVE AND WELL DOCUMENTED HISTORY OF ALLOWING
ONE INMATE TO ROB AND STEAL FROM ANOTHER IS THE
GRIEVANCE / APPEALS, TORT CLAIMS, AFFIDAVITS AND
FELONY CRIMINAL COMPLAINT — 34 —

CRIMINAL COMPLAINTS FILED AGAINST BOTH THE (IDOC) PRISON OFFICIALS AND THE INMATES who ROBBED AND STOLE FROM THEIR VICTIMS who IDOC KEPT AWAY FROM THEIR CELLS SO THE OTHER INMATE COULD HAVE PLENTY OF TIME ALONE TO COMPLETE THE ROBBERY.

(45). THE (IDOC) ALSO LET THEIR PRISON OFFICIALS AT THE IDAHO MAXIMUM SECURITY INSTITUTION (IMSI) GET AWAY WITH SETTING UP OF VICTIM M.T. HAYES FOR A FELONY ROBBERY ON 10/3/2015. THE (IDOC) HAS DELIBERATELY AND INTENTIONALL SET VICTIM HAYES UP ON 5 SEPERATE OCCAUSIONS TO GET PHYSICALLY INJURED. THE 9/30/2015 (IMSI) INCIDENT IS LISTED IN THE FOLLOWING 7 PAGES.

FELONY CRIMINAL COMPLAINT - 35-

(46). ON 9/30/2015 IN THE STATE OF IDAHO, COUNTY OF ADA AT THE IDAHO MAXIMUM SECURITY INSTITUTION AT 13400 SOUTH PLEASANT VALLEY ROAD BOISE IDAHO 83707. THE IDOC PUT A 25 YEAR OLD MAN IN MICHAEL T. HAYES CELL NO. J-77 ON J-BLOCK OF THE IDAHO MAXIMUM SECURITY INSTITUTION (IMSI) WHO WAS A VIOLENT DANGEROUS OFFENDER WHO HAD A HISTORY OF BEATING AND ROBBING PEOPLE WHO ARE CHARGED WITH SEX CRIMES. MICHAEL T. HAYES IS A 60 YEAR OLD CRIPPLE WHO IS NOT ABLE TO DEFEND HIMSELF AGAINST YOUNG PHYSICALLY FIT HEALTHY YOUNG MEN WHO ARE LESS THAN HALF HIS AGE. THE IDOC AND THEIR HOUSING LT. AIELLO #7844 HAVE DELIBERATELY AND INTENTIONALLY PLACED MICHAEL T. HAYES IN HARMS WAY THIS IS IN FACT CRIMINAL ENDANGERMENT A VERY SERIOUS FELONY CRIME AGAINST IDOC VICTIM MICHAEL T. HAYES. IDOC HAS DELIBERATELY AND **INTENTIONALLY** TRIED **TO CAUSE** VICTIM

FELONY CRIMINAL COMPLAINT - 36 -

Michael T. HAYES SERIOUS BODILY HARM.

(47). ON 10/2/2015 WHEN PRISON STAFF HANDED OUT THE CLEANING SUPPLYS ON J-BLOCK XAVIER RAMOS TOOK THE PRISONS CHEMICAL BOTTLE AND POURED THE CHEMICAL INTO ONE OF RAMOS'S GREEN PLASTIC CONTAINERS THAT WAS HIS OWN. IDOC VICTIM Michael T. HAYES WAS REALLY WORRIED ABOUT THE CHEMICALS RAMOS STOLE FROM THE PRISON, AND WHAT RAMOS'S ATTENTIONS WERE FOR THE USE OF THE CHEMICALS. RAMOS MAY HAVE THE INTENTSIONS OF TRYING TO POISON SOME OF VICTIM HAYES'S COMMISSARY ITEMS WITH THE CHEMICALS.

(48). ON 10/4/2015 AT AROUND 9:00 A.M. WHILE I WAS IN MY CELL INMATE XAVIER RAMOS TOLD ME THAT HE WAS GOING TO BEAT ME UP IF I DID NOT PAY HIM RENT. THEN AFTER I TOLD RAMOS I WILL NOT PAY YOU A INMATE RENT, RAMOS TOLD ME TO GET OFF THE TIER OR I AM

FELONY CRIMINAL COMPLAINT -37-

GOING TO BEAT YOU UP AND HURT YOU. ON 10/3/2015 SATURDAY RAMOS TOOK SOME COFFEE FROM ME. I TOLD RAMOS TO GET OUT OF MY STUFF, RAMOS SAID I WILL TAKE WHATEVER I WANT FROM YOU. THIS ROBBERY WAS DONE LATE IN THE EVENING ON 10/3/2015 IN CELL J-77 ON J-BLOCK OF THE (IMSI) AT 13400 SOUTH PLEASANT VALLEY ROAD BOISE IDAHO 83707 AT AROUND 8:00 P.M. IN VIOLATION OF IDAHO CODE 18-6501 ROBBERY.

(49). XAVIER RAMOS TOLD ME THAT HE HAS BEATEN UP SEX OFFENDERS AND TAKEN THEIR COMMISSARY FROM THEM. RAMOS SAID THAT HE HAS TAKEN SEX OFFENDERS RADIOS FROM THEM AND BROKEN THEM. RAMOS SAID THAT HE HAS TAKEN SEX OFFENDERS PROPERTY FROM THEM. RAMOS SAID HE HAS COMMITTED HATE CRIMES AGAINST THEM SEX OFFENDERS THIS IS IDAHO THEY WILL NOT PROSECUTE ME, THIS IS THE SECOND TIME THAT, THAT

FELONY CRIMINAL COMPLAINT -38-

IDOC VICTIM MICHAEL T. HAYES HAS BEEN ROBBED BY OTHER INMATES IN PRISON. THE ENTITY IDOC HAS IN FACT DELIBERATELY AND INTENTIONALLY PLACED IDOC VICTIM MICHAEL T. HAYES IN HARMS WAY TWO SEPERATE TIMES. THE FIRST TIME WAS ON 4/14/2007 AT THE IDAHO CORRECTIONAL CENTER which WAS OPERATED BY CORRECTIONS CORPORATION OF AMERICA (CCA). MICHAEL T. HAYES WAS SEVERELY BEATEN UP AND ROBBED BY TWO INMATES ON K-POD OF J,K,L, IN THE NORTH WING OF THE IDAHO CORRECTIONAL CENTER (ICC) MICHAEL T. HAYES WAS ONE OF HUNDREDS OF INMATE VICTIMS BEATEN BY OTHER ~~IN~~INMATES AT (ICC) PRISON. IDOC VICTIM MICHAEL T. HAYES LOST 10 TEETH IN HIS UPPER MOUTH THE FIRST TIME HE WAS ROBBED AND BEATEN BY OTHER INMATES.

(50). THE ENTITY IDOC AND THEIR PRISON STAFF CAN NOT Show THAT DELIBERATELY AND INTENTIONALLY PLACING

FELONY CRIMINAL COMPLAINT-39-

OID CRIPPIED INMATES IN HARMS WAY IS REASONABIY RELATED TO A legitimate PENOlOGICAl INTEREST. AFTER THE 60 YEAR OID CRIPPIE MICHAEL T. HAYES WAS FORCED TO PUSH THE EMERGENCY BUTTON IN HIS CEII BY XAIVER RAMOS #109779 who WAS ROBBING AND ThREATENING IDOC VICTIM MICHAEI T. HAYES ON J-BIOCK IN CEII J-77 ON 10/4/2015 PRISON GUARDS BECKY ANN BIAKE #8646 AND CORPORAI DIAZ CAME TO CEII J-77 ON J-BIOCK AND MADE VICTIM MICHAEI T. HAYES COME OUT OF HIS CEII AND IEAFT XAIVER RAMOS #109779 IN THE CEII AIONE SO RAMOS COUID GO Through VICTIM HAYES'S PROPERTY AND STEAI whAT EVER he WANTED FROM IDOC VICTIM HAYES. The CORPORAI DIAZ HANDCUFFED VICTIM HAYES AND TOOK VICTIM HAYES OFF The TIER INTO THE HAIIWAY AND OR CORODOR BECKY ANN BIAKE #8646 FOIIOWED VICTIM HAYES AND IDOC CORPORAI DIAZ INTO THE HAIIWAY SO The PERPETRATOR XAIVER RAMOS #109779 COUID HAVE

FELONY CRIMINAI COMPIAINT -40-